IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:17-cv-00059-D

| | |
|---|---|
| CARRIE PENLEY GODLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR |
| v. ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant pay to Plaintiff $4,880.42 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED. This __10__ day of February 2018.

JAMES C. DEVER III
Chief United States District Judge

1