UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CARRIE PENLEY GODLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-59-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,880.42 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412.

**This Judgment Filed and Entered on February 12, 2018, and Copies To:**
Vaughn Stephen Clauson                (via CM/ECF electronic notification)
Stephen F. Dmetruk, Jr.                 (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
February 12, 2018                             (By) /s/ Nicole Briggeman
                                                          Deputy Clerk